IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JESSIE RADFORD**
ADC #655432                                                                                           **PLAINTIFF**

v.                              Case No. 4:22-cv-00453-KGB

**BRANDON CARROLL,**
Varner Supermax, ADC, *et al.*                                                         **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 4). Plaintiff Jessie Radford has not filed any objections, and the time to do so has passed. After careful consideration, the Court adopts the Recommended Disposition in its entirety as its findings in all respects (Dkt. No. 4).

Mr. Radford's complaint is hereby dismissed without prejudice for failure to state a claim upon which relief may be granted (Dkt. No. 2). The Court recommends that this dismissal count as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court also certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying judgment would not be taken in good faith.

It is so ordered this 30th day of January, 2023.

*[signature]*
Kristine G. Baker
United States District Judge