IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JESSIE RADFORD**
ADC #655432                                                                                                   **PLAINTIFF**

v.                          Case No. 4:22-cv-00453-KGB

**BRANDON CARROLL,**
Varner Supermax, ADC, *et al.*                                                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Jessie Radford's claims are dismissed without prejudice. The relief sought is denied. The Court also certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So adjudged this 30th day of January, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge